PROB 12A
(6/21)

# United States District Court

## for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Wendell Fitzgerald Wood     Cr.: 20-00540-001
    PACTS #: 4616

Name of Reassigned Judicial Officer:    THE HONORABLE FREDA L. WOLFSON
                                                 CHIEF UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/16/1994

Original Offense:    Count One: Conspiracy to Possess With Intent To Distribute Controlled Substance, 21 U.S.C. 846

Original Sentence: 60 months supervised release

Special Conditions: Fine, Financial Disclosure, No New Debt/Credit, Substance Abuse Testing, Drug Treatment, Special Assessment

Type of Supervision: Supervised Release            Date Supervision Commenced: 06/01/2020

## INTERNATIONAL TRAVEL REQUEST

The individual under supervision is requesting to travel to Cancun, Mexico. He will be traveling with his wife, Rhonda Wood.

U.S. Probation Officer Action:

Our office does not oppose international travel and defers to the Court. Of note, Mr. Wood has travelled internationally previously and returned with no issue. In general, Mr. Wood reports as instructed and has been compliant with all conditions of release at this time. Wendell Fitzgerald Wood has maintained stable residence and is unemployed due to disability. As such, he is in full compliance with the conditions of supervised release.

                                               Respectfully submitted,

                                               SUSAN M. SMALLEY, Chief
                                               U.S. Probation Officer

                                               *Tiffany A. Francis*
                                By:    TIFFANY A. FRANCIS
                                               U.S. Probation Officer

Prob 12A – page 2
Wendell Fitzgerald Wood

/ taf

APPROVED:

*Sharon A. O'Brien*   *October 12, 2022*
SHARON O'BRIEN			Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ Travel Approved

☐ Travel Denied

☒ Travel Approved and all future travel requests be at the discretion of the Probation Office

☐ Other

_____
Signature of Judicial Officer

October 14, 2022
Date